# 4th Court of Appeals
San Antonio, Texas

Court of Appeals Number: 04-15-00213-CV

Trial Court Case Number: 2014EM501263
Bexar County, Texas

---

### Notice to Withdraw Administrative Writ of Withholding

---

May 13, 2015, here comes Jacob David Ramirez the man; not obligor, employee, corporation or any other descriptive word that tries to diminish his capacity as a man.

Jacob David Ramirez is a People of United States of America, and People of the United States of America have created the STATE OF TEXAS. Consequently, The STATE OF TEXAS, ATTOURNEY GENERAL OF TEXAS and THE CHILD SUPPORT DIVISION OF TEXAS stands under and has no jurisdiction over Jacob David Ramirez.

The STATE OF TEXAS has entered a default judgment against Jacob David Ramirez for the Order in Suit Affecting The Parent-Child Relationship Cause Number 2014EM501263, which is unconstitutional. Cause Number 2014EM501263 does not have my signature, and does not have my Christian name spelled correctly and does not have an independent tribunals signature.

All of these elements make Cause Number 2014EM501263 and The Administrative Writ of Withholding void.

**"A void judgment is one that has been procured by extrinsic or collateral fraud or entered by a court that did not have jurisdiction over the subject matter or the parties."** _Rook v. Rook_, **233 Va. 92, 95, 353 S.E.2d 756, 758 (1987)**

The United States Government Printing Office Style Manual clearly defines the rules of grammar for recording of a proper noun in Chapter 3.2, Capitalization. "Proper nouns are capitalized [examples given] Rome, Brussels, John Macadam, Macadam family, Italy, and Anglo-Saxon." It further defines, in Chapter 11.7, that "Names of vessels are quoted in matter printed in other than lower case roman…[examples given are] LUSITANIA [or] LUSITANIA."

The U.S. Government Style Manual, Chapter 3 **requires** only the names of corporate and other fictional entities, or those serving in corporate capacities to be in all capitalized letters.

**"Fictitious names exist for a purpose. Fictions are invented to give courts jurisdiction."** _Snider v. Newell_ **44 SE 354.**

The only argument that the STATE OF TEXAS has provided to prove they have jurisdiction over Jacob David Ramirez is "pursuant to Texas Family Code Chapter 158." Codes are only relevant over business entities in Article I courts. Jacob David Ramirez has asked to be tried in an Article III common law court of record.

*"Courts do not have jurisdiction over the rights of the people as ordained by Almighty God."*

**5 Cal 300; 1855 Cal Lexis 119( July 1855)**

Jacob David Ramirez has never been accused of a crime.

Any, and all, agents, or agencies, of any State are nothing more than "employees" of a state. Any man accused of any crime has a right to face his accuser, not a "representative" of the alleged accuser. There is no accuser in this case.

If the "STATE" says I have injured the STATE, let the STATE be sworn in and questioned.

If the "OFFICE OF THE ATTORNEY GENERAL" says I have injured the OFFICE OF THE ATTORNEY GENERAL, let the OFFICE OF THE ATTORNEY GENERAL be sworn in and questioned.

Only a properly sworn and verified complaint from a true injured party may witness against Jacob David Ramirez. Anything short of that is Constructive Fraud, with many other types of fraud to follow.

It is the wish of Jacob David Ramirez that the Administrative Writ of Withholding be removed immediately so that no more of Jacob David Ramirez's hard earned money is stolen from him.

As of the date of this notice the total stands at $186.67.

Jacob David Ramirez request that the STATE OF TEXAS return said total of $186.67 to Jacob David Ramirez, domiciled at 5331 Colton Creek, San Antonio, TX 78251.

If the court does not remove the Administrative Writ of Withholding, Jacob David Ramirez request a review with the court to:

(1) Remove the Administrative Writ of Withholding, unconstitutional burdened on Jacob David Ramirez immediately,

(2) Correctly identify the parties involved in Cause Number 2014EM501263,

(3) Give the STATE OF TEXAS and ATTORNEY GENERAL OF TEXAS an opportunity to once again prove why they believe they have jurisdiction over Jacob David Ramirez,

(4) Discuss why Jacob David Ramirez is being tried in an Article I court rather than an American Constitutional Article III court of record.

The STATE OF TEXAS is either fraudulently trying to steal money from Jacob David Ramirez in an unconstitutional Article 1 court, or does not understand the law. Either way is a shame to the American People and needs to be corrected.

**"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."** *In re McCowan* (1917), 177 C. 93, 170 P. 1100.

**"Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather should dismiss the action."** *Melo v. U.S.* 505 F 2d 1026

(210) 831-6656
5331 Colton Creek
San Antonio, TX 78251

Jacob Ramirez